# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| LINDA Y. YEAMANS, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )    CIV-06-599-R |
| | ) |
| JO ANNE B. BARNHART, | ) |
| Commissioner of Social Security, | ) |
| | ) |
|     Defendant. | ) |

**O R D E R**

Before the Court is the Supplemental Report and Recommendation of United States Magistrate Judge Gary M. Purcell entered September 5, 2007.  Doc. No. 27.  No objection to the Supplemental Report and Recommendation has been filed nor has an extension of time in which to object been sought or granted.  Therefore, the Supplemental Report and Recommendation [Doc. No. 27] is ADOPTED in its entirety, Plaintiff's application for an award of attorney's fees pursuant to the EAJA [Doc. No. 24] is GRANTED and Defendant is ORDERED to pay to Plaintiff $4,920.90 in attorney's fees under the EAJA.

    IT IS SO ORDERED this 26th day of September, 2007.

_____
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE